IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JESSIE LEE BROWN, *

Plaintiff, *

v. * Case No. 4:26-cv-1018-CDL-CHW

SHERIFF GREG COUNTRYMAN, *et al.*, *

Defendants. *

**JUDGMENT**

Pursuant to this Court's Order dated 8/19/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of August, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk